**Order entered June 14, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01313-CV

### INSURANCE ALLIANCE, Appellant

### V.

### LAKE TEXOMA HIGHPORT, LLC, ET AL.,  Appellees

**On Appeal from the 397th Judicial District Court**
**Grayson County, Texas**
**Trial Court Cause No. 08-0604-397**

## ORDER

The Court has before it appellee Bowood Partners, Limited's June 12, 2013 unopposed motion for extension of time to file brief.  The Court **GRANTS** the motion and **ORDERS** Bowood Partners, Limited to file its brief by July 19, 2013.  No further extensions of time will be granted without a showing of exceptional circumstances.

/s/     ELIZABETH LANG-MIERS
          JUSTICE